# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159038(66)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

AUTO-OWNERS INSURANCE COMPANY,
HOME-OWNERS INSURANCE COMPANY,
and CALEB CASANOVA,
          Plaintiffs-Appellees,

v

COMPASS HEALTHCARE, PLC, doing
business as COMPASS HEALTH, and
LANSING NEUROSURGERY,
          Defendants-Appellants.
_____/

SC: 159038
COA: 339799
Ingham CC: 16-000870-CK

       On order of the Chief Justice, the motion of the Insurance Alliance of Michigan to participate as amicus curiae and to file a brief amicus curiae is GRANTED. The amicus brief submitted on August 7, 2019, is accepted for filing.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

       August 14, 2019               

                                            Clerk